STATE v. RICH

No. 60 PC.

Case below: 37 N.C. App. 458.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

STATE v. RILEY

No. 23 PC.

Case below: 37 N.C. App. 213.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 October 1978.

STATE v. SCARBORO

No. 57 PC.

Case below: 38 N.C. App. 105.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

STATE v. THOMPSON

No. 42 PC.

Case below: 37 N.C. App. 444.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

STATE v. WATSON

No. 68.

Case below: 37 N.C. App. 399.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 22 September 1978.